48 A.3d 354

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. K.W., DEFENDANT–RESPONDENT.

June 28, 2012.

ORDERED that the motion for leave to appeal is granted.